**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**CHRISTOPHER ROBERTS,**

***Plaintiff*,**

**v.** **Case No.: 5:26cv117-MW/MJF**

**R. BASNAW, et al.,**

***Defendants*.**

_____________________________/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Plaintiff was afforded an opportunity to amend, but he has elected not to amend his first amended complaint. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 7, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915A and 1915(e)(2)." The Clerk shall

close the file.

**SO ORDERED on September 18, 2026.**

**s/Mark E. Walker**
**United States District Judge**